# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **OPTIV SECURITY INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:23-02328-JWB-GEB |
| | ) |
| **GENERAL DATATECH, L.P., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS GENERAL DATATECH AND NATHAN BRADY WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Optiv Security Inc., by and through its undersigned counsel, hereby voluntarily dismissed its claims against General Datatech, L.P. and Nathan Brady without prejudice.

Respectfully submitted,

POLSINELLI PC


By:   /s/ *Robert J. Hingula*
   ROBERT J. HINGULA (KS #22203)
   ISAAC T. CAVERLY (D.Kan 78968)
   900 W. 48th Place, Suite 900
   Kansas City, MO 64112
   Telephone: (816) 753-1000
   Facsimile: (816) 753-1536
   rhingula@polsinelli.com
   icaverly@polsinelli.com

   ATTORNEYS FOR PLAINTIFF

91211706.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served by (__) United States Mail, postage prepaid; (_X_) ECF Notification System; and/or (____) E-mail this 14th day of September, 2023, to:

Michael J. Abrams, Esq.
Brian C. Fries, Esq.
Lathrop GPM LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO  64108-2618
816-292-2000
Fax:  816-292-2001
Michael.abrams@lathropgpm.com
Brian.fries@lathropgpm.com

Barrick Bollman, Esq. (admitted *pro hac vice*)
Brian Mead, Esq. (admitted *pro hac vice*)
McDermott, Will & Emery, LLP
444 West Lake Street, Suite 4000
Chicago, IL  60606-0029
312-984-2097
Fax:  312-277-2366
bbollman@mwe.com
bmead@mwe.com
ATTORNEYS FOR DEFENDANTS

          /s/ *Robert J. Hingula*

91211706.1